Grammatico v Lamar (2024 NY Slip Op 00720)

Grammatico v Lamar

2024 NY Slip Op 00720

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ.

1041 CA 23-00466

[*1]ROBYN GRAMMATICO, PLAINTIFF-APPELLANT,
v
JAMES R. LAMAR, D.M.D., FRANK R. LAMAR, JR., D.D.S., ELMWOOD DENTAL GROUP-IMPLANT AND RESTORATION, P.C., AND ELMWOOD DENTAL GROUP-FAMILY, P.C., DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

GERARD A. STRAUSS, NORTH COLLINS, FOR PLAINTIFF-APPELLANT.
ADDELMAN CROSS & BALDWIN, PC, BUFFALO (KARA M. ADDELMAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Monroe County (Craig J. Doran, J.), entered March 7, 2023. The order settled the record for an appeal from an order entered November 30, 2022. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Grammatico v Lamar ([appeal No. 1] — AD3d — [Feb. 9, 2024] [4th Dept 2024]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court